IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID DWIGHT RAMAN, JR. )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>FRANK PERRY, )<br>)<br>Respondent. ) | 1:14CV248 |

## **ORDER**

On March 10, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections (Doc. 12) to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation (ECF No. 10), which is affirmed and hereby adopted.

IT IS THEREFORE ORDERED that Respondent's Motion for Summary Judgment (ECF No. 6) is GRANTED, the Petition (ECF No. 2) is DENIED, and this action is DISMISSED, and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 12th day of May, 2015.

/s/ Loretta C. Biggs
United States District Judge